AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**KEVIN QUATTLEBAUM**
DOB: XX/XX/XX
PDID: XXX-XXX

**GIOVANNI ENRICO WILLIAMS**
DOB: XX/XX/XX
PDID: XXX-XXX

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 17, 2007__ in __WASHINGTON__, in the District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER JASON PEARCE__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

Signature of Complainant
**OFFICER JASON PEARCE**
**NSID, MPD**

Sworn to before me and subscribed in my presence,

_____     at     Washington, D.C.
Date                                          City and State

_____          _____
Name & Title of Judicial Officer              Signature of Judicial Officer

**STATEMENT OF FACTS**

On August 17, 2007, at approximately 4:20 p.m., in the 1100 block of 19th Street, N.E., Washington, D.C. -- a known high-drug area in the District of Columbia -- Metropolitan Police Department (MPD) officers observed Defendant GIOVANNI WILLIAMS enter the front driver seat and Defendant KEVIN QUATTLEBAUM, who was carrying a small object in his hand, enter the front passenger seat of a 2005 Ford F-150 pickup truck bearing D.C. Registration CU8599. An undercover MPD officer, who knew that Defendant QUATTLEBAUM had been arrested on an earlier date for a narcotics trafficking offense, then observed both defendants sitting in the vehicle and manipulating an undetermined amount of U.S. Currency. After approximately 2-3 minutes, Defendant WILLIAMS began driving the vehicle in a northbound direction, until he made a left turn onto Lyman Place without utilizing a turn signal, as required by D.C. traffic code and regulations.

MPD officers conducted a traffic stop and approached the vehicle, at which time Defendant QUATTLEBAUM attempted to exit the vehicle from the passenger side. The officers stopped Defendant QUATTLEBAUM before he could fully exit the vehicle. At this time, because the passenger door was open, the officers detected the distinct smell of burnt marijuana emanating from the vehicle. Both defendants complied in the officers' request that they step out of the vehicle, and the officers then began to search the vehicle. During the search, the officers recovered the following items: (1) a shoe containing a "Prada" bag, inside of which was approximately 188 grams of a white rock-like substance, which later field-tested positive for the presence of cocaine, on the vehicle's center rear floorboard; (2) a digital scale containing trace amounts of white residue in the front passenger seat's rear map seat pocket; and (3) various mail matter, including a passport picture, a plane ticket, and a cellular phone, in Defendant QUATTLEBAUM's name throughout the vehicle. In addition, officers recovered $1,786.00 on Defendant WILLIAM's person, and $296.00 on Defendant QUATTLEBAUM's person. The above amount of currency was consistent with the street-level distribution of 62 grams of crack cocaine. Both defendants were then placed under arrest and transported to the Fifth District MPD Station for processing. After being advised of his Miranda rights, Defendant QUATTLEBAUM stated that he was the owner of the shoe in which the crack cocaine was recovered.

_____
OFFICER JASON C. PEARCE
D.C. METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS \_\_\_\_ DAY OF AUGUST, 2007.

_____
U.S. MAGISTRATE JUDGE