IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 07-415-M |
| | : | |
| GIOVANNI ENRICO WILLIAMS: | | |

ENTRY OF APPEARANCE

Undersigned counsel hereby enters his appearance, pursuant to the Criminal Justice Act, as counsel for Giovanni Enrico Williams in the above case, effective August 20, 2007.

                    Respectfully submitted

                        /s/

Richard K. Gilbert
Bar. No. 939884
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C.  20004
(202) 898-0857
(202) 544-0024 (fax)
rkgesq@juno.com

Attorney for Defendant

1