


07-415M-02

**FILED**

SEP 07 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2007 FDC 019500    File Date: 08/18/2007

UNITED STATES vs. GIOVANNI ENRICO WILLIAMS

aka GIOVANNI ENRICO WILLIAMS

PDID #:  00047

Lock up number:

8/18/07 3:48 Granted

USL 50

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION
*FORM FOR U.S. DISTRICT COURT CASES*

UNITED STATES                                   TOT No. _____
                                                P.D.I.D. No. __

v.

Giovanni Williams _____ (Defendant)

☐ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, Transferred Over To the United States District Court for the District of Columbia for the next court date of: __8/20/07__

### COMMITMENT/RELEASE

☒ NO BOND
☐ BOND $ _____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _____

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No.: _____

DEFENDANT'S NAME: _____

ADDRESS: _____

_____ Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: __8/18/07__        __[signature]__
                         JUDICIAL OFFICER PRESIDING

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: |
| v. | : | Magistrate Judge |
| GIOVANNI WILLIAMS | : | Presentment |

## MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANT'S CHARGED WITH A FEDERAL OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

### This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(a)(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. §3141 et seq. Upon motion of the government the Court <u>shall</u> hold a detention hearing in cases that involve a controlled substance offense for which the maximum

penalty is ten years or more, 3142(1)(f)(B).

In the instant case the defendant is charged with Unlawful Possession With Intent to Distribute Cocaine, in violation of 21 U.S.C. 841(a), which is punishable by maximum term of imprisonment of ten years or more. Accordingly, he is subject to pre-trial detention and the Court must hold a detention hearing in this case.

Upon motion of the government, the hearing can be continued for a period of up to three days excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendant must remain detained. 18 U.S.C. §3142(1)(f)(2).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: /s/ Steven Wasserman
Steven B. Wasserman
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530


Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing memorandum was delivered by hand upon counsel for the defendant, _____ this 18th day of August, 2007 .

_____
NAME
Assistant United States Attorney

50

## D. C. PRETRIAL SERVICES AGENCY
### Pretrial Services Report
United States vs. GIOVANNI WILLIAMS

DOB:
PDID:

**Lockup #: 050**

| | |
|---|---|
| **File Date:** 08/18/2007 | **Docket Number:** |
| Lockup Date: 8/18/2007 | PSA Case #: 07230936 |
| Date Prepared:  8/18/2007 | |
| Date Printed:   8/18/2007 | |

**Charge(s)**
Possession with intent to Distribute Cocaine

**Detention Eligibility and/or Administrative Procedures**

According to information available to the D.C. Pretrial Services Agency, the following applies:

§23-1322(b)(1)(A) – Defendant has been charged with a dangerous crime or a violent crime.

**Recommendations**

PSA General Supervision for Superior Court (SC)

Release Conditions:
1. Report to Pretrial Services Agency (PSA) room C-220 for evaluation and if positive program placement by PSA.
2. Verify your address with Pretrial Services Agency (PSA) within 24 hours.

Comments:

At the time this case was papered by the USAO the defendant was not in the cell block, therefore, PSA was unable to conduct and interview. As a result, PSA has no personal, address or employment information for the defendant

Criminal History

**Last complete record check conducted on: 08/18/2007**

**Pretrial Services has no interview information.**

### Personal Background

**Community Ties**

Place of Birth:

DC Area resident for:

Total Time in Area:

Marital Status:

Children:                                    No. of Children:

Children living with Defendant:

Last Updated Date:    08/18/2007

Verified: No

| | |
|---|---|
| **Relatives Living With Defendant:** | **Relatives Not Living With Defendant:** |
| None | None |

**Address Information**

No address information is available.

**Employment Information**

No employment information is available.

**Education Information**

No education information is available.

**Health Information**

No health information is available.

**Substance Abuse Information**

**Self Reported:**
No substance abuse information is available

**Drug Test:**
No Drug Test Information Available

**Prepared By: Stacy Bradsher**  **Prepared Date: 8/18/2007**

## CJA DEFENDANT ELIGIBILITY RECOMMENDATION

I. NAME: _Williams, Giavanni_           NO. OF DEPENDENTS: __4__

LOCK-UP NO. __50__   DATE: _8-18-07_   CHARGE: _PWID Cocaine_

| | | | | |
|---|---|---|---|---|
| LIQUID ASSETS | | (Y) | STD. 5 AMOUNT | $ |
| OTHER ASSETS (1/4 EQUITY) | + $ | | STD. 4 AMOUNT | + $ |
| **GROSS MONTHLY INCOME** | + $ | | FEL. = $ | 1,500 |
| TOTAL AVAILABLE MONTHLY | $ | | MISD. = | 750 |
| | | | OTHER = | 400 |

LESS: MONTHLY EXTRAORDINARY
    MEDICAL OR OTHER EXPENSES   – $

NET AVAILABLE MONTHLY   (X)          MINIMUM MONTHLY NEED (Z) $

IF X IS EQUAL OR LESS THAN Y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☑ ELIGIBLE
IF X IS MORE THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ NOT ELIGIBLE
IF X IS MORE THAN Y BUT LESS THAN Z . . . . . . . . . . . . . . . . . . . . . . . ☐ ELIGIBLE WITH CONTRIBUTION

---

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

☐ GROSS MONTHLY FAMILY INCOME IS MORE THAN Y

| | |
|---|---|
| GROSS MONTHLY FAMILY INCOME | $ |
| LESS: MONTHLY EXTRAORDINARY EXPENSES | – |
| SUBTOTAL | $ |
| LESS: STANDARD 5 AMOUNT (Y) | – |
| SUBTOTAL | $ |
| LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN | – |
| SUBTOTAL | $ |
| AVAILABLE FOR MONTHLY CONTRIBUTION | $ |
| TIMES (6 OR FELONIES OR 3 FOR OTHER) | X |
| TOTAL | $ |
| ADD: LIQUID ASSETS | + |
| OTHER ASSETS (1/4 EQUITY) | + |
| CONTRIBUTION CAPABILITY  (CC) | $ |

NOTES AND CALCULATIONS:
_Employed_
_— wkly_
_married - spouse_
_employed_
_monthly_
_3 dependents_
_& Property_

STD 4 AMOUNT $

MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS]]

(DIVIDE MAXIMUM CONTRIBUTION BY **26** FOR FELONY CASE OR BY **13** FOR ANY OTHER CASE)

CONTRIBUTION PAYABLE WEEKLY AT $         PER WEEK FOR         WEEKS.

_[Notary stamp: Sara Childress, NOTARY PUBLIC, DISTRICT OF COLUMBIA, My Commission Expires February 14, 2009]_

**WARNING:**
YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which I have provided is true to the best of my belief.

_[signature]_                            _[signature]_
DEFENDANT                                INTERVIEWER / NOTARY PUBLIC

DISTRIBUTION: WHITE COPY (COURT JACKET); GOLDENROD COPY (APPOINTED COUNSEL); PINK COPY (DEFENDANT COURT JACKET); GREEN COPY (CJA OFFICE)

# UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

No. _____

## COMPLAINT

District of Columbia ss:

Defendant's Name: **Giovanni Enrico Williams**
_____
(First)        (MI)        (Last)        (PDID)        (CCNO)

Address: _____

On or about **August 17, 2007**, within the District of Columbia, **Giovanni Enrico Williams,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of **CRACK COCAINE**, a **Schedule II** narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Crack Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b) (1) (B) (iii), and 841(b)(1)(C)

_____
Affiant's Name

Subscribed and sworn to before me this __18th__ day of _____August 2007_____

_____
(Judge)    (Deputy Clerk)

| Sex: M | DOB: | CCN: | PDID: |
|---|---|---|---|

| Papering Officer: | Charles Fultz, MNB | Badge No.: | 3216 |
|---|---|---|---|

### OFFICER MUST EXECUTE RETURN

| Officer's Name: | Date / Time: |
|---|---|
| AUSA | Fel. I  AFTC<br>[ ]   [ ]   [ ] |

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES

vs.

Giovanni Enrico Williams

The event occurred on August 17, 2007 at approximately 1620 hours, in the 1700 block Lyman Place, Northeast in Washington DC. On the listed date and time, members of the Metropolitan Police Department's Narcotics & Special Investigations Division were conducting Undercover Narcotic Operations within the city's 5th District.

At approximately 1620 hours, Undercover Officer (U/C H.D.) observed a subject known to him as Defendant #1 (Quattlebaum, Kevin) standing alongside of a subject later identified as Defendant #2 (Williams, Giovanni) in the 1100 block of 19th Street, N.E.

Based upon Undercover Police Officer's (U/C H.D.) extensive training and experience as an undercover police officer, he immediately recognized the subject known to him as (Quattlebaum) and at the time of the observation was further familiar with (Quattlebaum)'s historical criminal history including but not limited to prior narcotic related charges going back to the year 1991.

(U/C H.D.) Subsequently observed (Quattlebaum) and (Williams) walk to, and ultimately enter into a black colored 2005 Ford F-150 pick-up truck, bearing District of Columbia registration "            ," Vin #                           was parked in the 1100 block of 19th Street, N.E. As (Quattlebaum) entered the listed vehicle, (U/C H.D.) observed (Quattlebaum) holding an object which the U/C believed was possibly consistent with illicit narcotics. (U/C H.D.) subsequently observed (Quattlebaum) enter into the passenger seat of said vehicle and (Williams) enter into the drivers seat of said vehicle. (U/C H.D.) passed by said vehicle and further observed both defendants seated in the vehicle, manipulating and counting an undetermined amount of United States currency. Moments later the listed vehicle pulled away from the curbside in the 1100 block of 19th Street and began traveling Northbound on 19th Street.

(U/C W.E.) subsequently followed the listed vehicle to the intersection of 19th Street and Lyman Place, at which time the operator of said vehicle (Williams) turned left onto Lyman Place without properly utilizing a vehicular turn signal device or alternative hand signal as required by D. C. traffic Code and Regulations.

*The events and acts described above occurred primarily in the District of Columbia and were committed as described by the Defendant(s) listed in the case caption.*

*Subscribed and sworn before me on this 18th day of August, 2007*

_Police Officer: Officer Charles E. Fultz_    Badge #3216    District: NSID    Deputy Clerk _____

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

### UNITED STATES

vs.

Giovanni Enrico Williams

Base upon the aforementioned traffic regulation, a traffic stop was conducted on the listed vehicle in the 1700 block of Lyman Place, NE. Upon stop of the listed vehicle, Sgt. Gerald Neill observed the passenger of said vehicle attempt to exit the passenger door. Sgt. Neill stopped the vehicle passenger who was positively identified as (Quattlebaum.) Officer Charles Fultz arrived on scene and simultaneously contacted the driver who was positively identified as (Williams.) Immediately upon contact with the listed occupants, both Lt. Ron Wilkins and Sgt. Neil Detected the faint-to-moderate odor of burnt marijuana emanating from within the passenger compartment of said vehicle. Based upon the plain smell of marijuana, both (Quattlebaum) and (Willimas) were removed from the vehicle and subsequently detained.

A, NCIC/WALES check of the listed vehicle revealed the owner to be Defendant #1 (Quattlebaum.)

A search of the listed vehicle was subsequently conducted, yielding the following items of evidence:

-Silver colored "Prada" bag containing approximately {188.4 grams} of a------------Seizure Item #01
   Packaged white rock like substance and 1 pair of "Nike" shoes [found by Lt. Wilkins in the vehicles center rear floorboard]

-Digital scale containing trace amounts of white powder --------------------------------Seizure Item #02
   [found by Officer Fultz in the vehicles front passenger seat's rear map seat pocket]

-$296.00 United States currency-----------------------------------------------------------------Seizure Item #03
   [found by Officer Edward Hinson upon Defendant Quattlebaum's person]

-$500.00 United States currency-----------------------------------------------------------------Seizure Item #04
   [found by Officer Trina Johnson upon Defendant Williams person - wallet]

-$1,286.00 United States currency---------------------------------------------------------------Seizure Item #05
   [found by Officer Trina Johnson upon Defendant Williams person]

-Various mail matter in the name of (Kevin Quattlebaum)----------------------------Seizure Item #06
   [found by Officer Trina Johnson upon the vehicle's rear seat]

The events and acts described above occurred primarily in the District of Columbia and were committed as described by the Defendant(s) listed in the case caption.

Subscribed and sworn before me on this 16th day of August, 2007

Police Officer: Officer Charles E. Fultz   Badge #3216   District: NSID   Deputy Clerk

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES

vs.

Giovanni Enrico Williams

-Numerous cellular phones----------Seizure Item #07
  [found by Officer Jason Pearce upon defendant Williams person]

-Passport picture of Quattlebaum, plane ticket in name of Kevin Quattlebaum------Seizure Item #08
  [found by Sgt. Gerald Neill inside of the listed vehicle]

-Men's black colored "Prada" shoes----------Seizure Item #9
  [found by Officer James Boteler upon the vehicle's rear floorboard]

-(3) Men's shirts and a "Ralph Lauren" shopping bag----------Seizure Item #10
  [found by Officer Charles Fultz in the vehicles rear seat]

- Papers, phone numbers and bank records (Williams) ----------Seizure Item #11
  [found by FBI agent Mark Murawski upon defendant Williams person]

Crime Scene Search Officer Technician Roach, Badge #2810 later processed the recovered items of evidence accordingly for latents.

All the recovered United States Currency was found in various denominations consistent with those used in the direct sale, transaction and distribution of Controlled Dangerous Substances. The listed monies were subsequently seized for "Civil Forfeiture" as suspected proceeds of a crime. The above listed vehicle was also seized for "Civil Forfeiture" given its nature and use as a direct conveyance of the storage and transportation of illegal drugs.

The recovered (188.4 grams) of recovered white rock substance [suspected crack cocaine] was immediately recognized to be of an amount more consistent with that of "possession with intent to distribute" rather than that of "Simple Possession." Furthermore, a portion of the recovered white rock substance was field tested, yielding a positive color reaction for the presence of cocaine base. (Crack Cocaine)

All the above listed observations are based upon the listed Officer's combined training in both the detection and identification of controlled dangerous substances along with countless drug related arrests made during their careers as Law Enforcement Officer.

*The events and acts described above occurred primarily in the District of Columbia and were committed as described by the Defendant(s) listed in the case caption.*

Subscribed and sworn before me on this 18th day of August, 2007

Police Officer: Officer Charles E. Fultz   Badge #3216   District: NSID   Deputy Clerk